UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER CALVIN BALD EAGLE,<br><br>Defendant. | 5:24-CR-50101-CCT<br><br>**ORDER DENYING MOTION FOR SENTENCE REDUCTION** |

Defendant, Christopher Calvin Bald Eagle, filed a pro se motion for sentence reduction. Docket 25. He also filed an emergency motion for compassionate release (Docket 26), to amend his compassionate release motion (Docket 27), to waive the exhaustion requirement (Docket 28), and to appoint counsel (Docket 29). The government objects (Docket 33).

## DISCUSSION

Because sentences are final judgments, a court ordinarily "may not modify a term of imprisonment once it has been imposed[.]" 18 U.S.C § 3582(c). One narrow exception is the First Step Act (FSA), passed by Congress in 2018. Pub. L. No. 115-391, 132 Stat. 5194 (2018). In pertinent part, the FSA amends 18 U.S.C. § 3582(c)(1)(A) to permit incarcerated defendants in certain circumstances to file motions with the court seeking compassionate release. *Id.* Compassionate release allows defendants with "extraordinary and compelling reasons" to leave prison early. 18 U.S.C. § 3582(c)(1)(A)(i).

Bald Eagle's criminal case remains pending before this Court. He has not been adjudicated guilty and no sentence has been entered. Bald Eagle's motions seek relief which, at this time, cannot be granted.

## CONCLUSION

It is ORDERED that Bald Eagle's motions, Docket 25-29, are denied as moot.

Dated April 16, 2025.

BY THE COURT:

/s/ *Camela C. Theeler*
CAMELA C. THEELER
UNITED STATES DISTRICT JUDGE